# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Bode & Grenier, LLP

**v.**

Carroll L. Knight, et al                                      **Case No:** 14-7104

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually.  Use an additional blank sheet as necessary)

◉ Appellant(s)/Petitioner(s)   ○ Appellee(s)/Respondent(s)   ○ Intervenor(s)   ○ Amicus Curiae

Carroll L. Knight

Knight Enterprises, Inc.

Delta Fuels of Michigan, Inc.

Delta Fuels, Inc.

Names of Parties                                      Names of Parties

### Counsel Information

Lead Counsel:

Direct Phone: (___) _____   Fax: (___) _____   Email:

2nd Counsel:  Joseph A. Ahern

Direct Phone: (248) 723-6101   Fax: (248) 723-6102   Email: jahern@ahernkill.com

3rd Counsel:

Direct Phone: (___) _____   Fax: (___) _____   Email:

Firm Name:

Firm Address:

Firm Phone:   (___) _____   Fax: (___) _____   Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)